UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in            )   Case: 1:07-mc-00153
                             )   Assigned To : Kennedy, Henry H.
In Re M.F.,                  )   Assign. Date : 4/20/2007
                             )   Description: In Re: Subpoena
                             )
                             )   (related to Misc. No. 07-23 RMU)
_____)

## NOTICE OF REMOVAL

The United States Marshals Service, through the undersigned attorneys, and on behalf of the Custodian of Records of the U.S. Marshals Service, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995). In support of that notice, the following facts are relied upon:

1. The Office of the United States Attorney for the District of Columbia is in receipt of another[1] subpoena purportedly issued under authority of the Superior Court of the District of Columbia in a family court matter now pending in Superior Court of the District of Columbia, purportedly issued pursuant to Superior Court Juvenile Rule 17.

2. Copies of the Subpoena and accompanying correspondence

---

[1] An earlier subpoena was issued in January 2007, and was removed to this Court and assigned Misc. No. 07-23 RMU. That matter was dismissed without prejudice on April 9, 2007. This matter is, therefore, related to Misc. No. 07-23 RMU, within the meaning of Local Civ. R. 40.5(a)(4) ("Additionally, cases whether criminal or civil, including miscellaneous, shall be deemed related where a case is dismissed, with prejudice or without, and a second case is filed involving the same parties and relating to the same subject matter.")

are attached.  See Exhibit 1 (Subpoena with attached Letter dated March 5, 2007).

3.  The subpoena purports to direct the Custodian of Records of the United States Marshals Service ("USMS") to appear on April 23, 2007 at 11:00 a.m., to testify and produce "any and all records relating to a shooting of M.F. on January 3, 2007. . . ." Id.

4.  Accompanying the earlier notice of removal in Misc. No. 07-23 RMU was a copy of a motion titled Motion To Quash, which raised defenses relying on federal law and raising federal questions.  Whoever may be intended to constitute the Custodian of Records of the United States Marshals Service asserts similar defenses to the instant subpoena, but intends to first attempt informally to resolve the matter with counsel for respondent.[2]  Indeed, counsel have already conferred and the USMS has indicated that it can produce some of the information sought.

5.  This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a), 1446 and Brown & Williamson Tobacco Corp. v.

---

[2]  The Assistant United States Attorney assigned primary responsibility in this and the earlier miscellaneous action only learned about this most recent subpoena within the last few days. He made prompt efforts to resolve the matter, but could not complete the efforts successfully to negotiate a resolution before the return date of the subpoena.  Accordingly, while the parties remain hopeful that they can reach a resolution, this matter is removed to this Court so that all challenges to the subpoena can be resolved in this Court.  If a resolution is not reached, the USMS anticipates the filing of a dispositive motion.

Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/ W. Mark Nebeker*
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**FAMILY COURT**

IN FORMA PAUPERIS

SUBPOENA

In re M.F.

vs.

SUBPOENA DUCES TECUM

To: Custodian of Records, U.S. Marshal Service
Washington, D.C. 20530-1000

CASE NO: J-103-07

SOCIAL FILE NO: 218830

YOU ARE ORDERED to appear to give testimony in this case on 23rd day of April 2007 at 11:00 A.M./P.M.

☒ In Courtroom JM-13 of the SUPERIOR COURT, 500 Indiana Avenue, N.W., Washington, D.C.

☐ In Room _____ of _____ Hospital, _____ Washington, D.C.

☒ YOU ARE FURTHER ORDERED to bring with you and produce the following documents or objects: any and all records relating to the shooting of M.F. on January 3, 2007, including but not limited to police reports, field notes, use-of-force investigation reports, video tapes, radio transmissions, press releases, and any communications with the Metropolitan Police Department, the FBI, the U.S. Attorney's Office or the Office of the Attorney General; and any and all documents relating to the guidelines for the use of deadly force by US Marshals, including but not limited to training materials and general orders.

This subpoena has been requested by:
☐ The Office of the Corporation Counsel, 4th & 5th Floors, 441 Fourth Street, N.W.
☐ The Commission on Mental Health, Room 4475, 500 Indiana Avenue, N.W.
☒ The Attorney for the plaintiff/respondent: Matthew Mazur (PDS)
633 Indiana Ave., NW, Washington, D.C. 20004

Telephone number of requesting party: (202) 824-2548

The following information is required in juvenile cases only:
Alleged violation: _____
Arresting Officer's Name: _____
Arrest Date: _____, 20 _____    Youth I.D. No: _____

**BRING THIS SUBPOENA WITH YOU. YOU MAY NOT LEAVE WITHOUT THE COURT'S PERMISSION**

Clerk of the Superior Court of the District of Columbia

Date: March 5, 20 07

[signature]    [Deputy Clerk signature]

White – Court File    Canary – US Marshal's Return    Pink – S Marshal's Information    Goldenrod – Requestor's Copy

EXHIBIT 1

# PUBLIC DEFENDER SERVICE
## FOR THE DISTRICT OF COLUMBIA

**BOARD OF TRUSTEES**

CYNTHIA D. ROBBINS
CHAIRPERSON
JO-ANN WALLACE
VICE CHAIRPERSON
THOMAS L. BOWEN
EMILIO W. CIVIDANES
CLAIRE M. JOHNSON
HANNAH JOPLING
KARL A. RACINE
JEFFREY D. ROBINSON
DONALD R. VEREEN, JR.
ROBERT L. WILKINS

633 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

(202) 628-1200
(800) 341-2521
TTY (202) 824-2531
FAX (202) 824-2784

www.pdsdc.org

AVIS E. BUCHANAN
DIRECTOR

PETER KRAUTHAMER
DEPUTY DIRECTOR

March 5, 2007

Attn: Gerald M. Auerbach, General Counsel
United States Marshal Service
Washington, D.C. 20530-1000

**BY FAX: (202) 307-8544**

Dear Mr. Auerbach:

    I am writing to request, pursuant to the attached subpoena duces tecum, certain records relating to a shooting by U.S. Marshals on January 3, 2007, in the 4200 block of 4th St., S.E., Washington, D.C. During the course of an eviction in that area, U.S. Marshals shot my client, M.F., who now faces juvenile and criminal charges stemming from the incident. Records relating to the eviction and the shooting are material to M.F.'s defense.

    I made a previous request for these records on January 16, 2007, but the request was later withdrawn before any of the requested materials had been provided.

    First, I am requesting any and all records in the possession of the U.S. Marshal Service relating to the shooting of M.F. This request includes, but is not limited to, police reports, field notes, use-of-force investigation reports, video recordings, recorded radio transmissions, press releases, and any communications with the Metropolitan Police Department, the Federal Bureau of Investigation, the U.S. Attorney's Office or the Office of the Attorney General for the District of Columbia.

    Second, I am requesting any and all documents relating to guidelines for the use of deadly force by U.S. Marshals. This request includes, but is not limited to, training materials and general orders.

Superior Court Juvenile Rule 17 authorizes the issuance of the subpoena duces tecum in this case. While I do not believe that the Touhy regulations, 28 C.F.R. §§ 16.21 – 16.29, have any application in juvenile or criminal matters, I have provided this letter notifying you of my demand and stating with specificity the information requested. You should note that this prosecution is not being conducted by the U.S. Attorney's Office but by the Attorney General for the District of Columbia. I have copied the Civil Section of the U.S. Attorney's Office for the District of Columbia on this letter to eliminate any delay occasioned by your desire to notify that office pursuant to 28 C.F.R. § 16.22(b).

As you can see from the attached subpoena, a trial in this matter has been scheduled for, April 23, 2007, at 11:00 a.m., in D.C. Superior Court, courtroom JM-13. Please do not hesitate to contact me at (202) 824-2548 with any questions relating to this request. Thank you for your attention to this matter.

Yours truly,

Matthew Mazur

Matthew L. Mazur
Counsel for M.F.
Public Defender Service
633 Indiana Ave., N.W.
Washington, D.C. 20004
Tel: (202) 824-2548
Fax: (202) 824-2668
E-mail: mattmazur@pdsdc.org

Copy to:

Civil Division
United States Attorney's Office
555 Fourth St., N.W.
Washington, D.C. 20530
FAX: (202) 514-8780

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action has been made by mailing and faxing copies thereof to:

Matthew Mazur
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC  20004
824-2548
fax: 824-2668

and

Barbara Chesser
Assistant Attorney General
   for the District of Columbia
Juvenile Section
441 4th Street 450 North
Washington, DC  20001
727-3500
fax: 727-3745

on this 20th day of April, 2007.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Civil Division
Washington, DC  20530
(202) 514-7230