UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Subpoena in**<br><br>**In Re M.F.** | Miscellaneous 07-00153  (HHK) |

## ORDER TO SHOW CAUSE

No action has been taken in this matter since the filing of the original notice of removal on April 20, 2007.  Accordingly, it is this 22nd day of May, 2007, hereby

**ORDERED** that on or before June 5, 2007, counsel for the United States Marshall Service shall show cause in writing why this matter should not be dismissed.

Henry H. Kennedy, Jr.
United States District Court Judge