UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Subpoena in**<br><br>**In Re M.F.** | Miscellaneous 07-00153  (HHK) |

ORDER OF DISMISSAL

No action has been taken in this matter since the filing of the original notice of removal on April 20, 2007.  On May 22, 2007, the court ordered counsel for movant, the United States Marshall Service, to show cause in writing, on or before June 5, 2007, why this matter should not be dismissed.  This deadline has passed.  Accordingly, it is this 6th day of June, 2007, hereby

**ORDERED** that this matter is **DISMISSED**.


Henry H. Kennedy, Jr.
United States District Court Judge